**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| ALARM.COM INCORPORATED,<br><br>                                              Plaintiff,<br><br>     v.<br><br>ANDREW HIRSHFELD, in his official capacity performing the functions and duties of the Under Secretary of Commerce for Intellectual Property and Director, United States Patent and Trademark Office, and the UNITED STATES PATENT AND TRADEMARK OFFICE,<br><br>                                              Defendants. | No. 1:21-cv-00170-CMH-TCB |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Alarm.com Incorporated hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants. Defendants have not served an answer to the Complaint or a motion for summary judgment. Therefore, dismissal under Rule 41(a)(1)(A)(i) is appropriate.

April 27, 2022

by     /s/ Dabney J. Carr, IV

TROUTMAN PEPPER HAMILTON
SANDERS LLP
Dabney J. Carr, IV, VSB No. 28679
Mary C. Zinsner, VSB No. 31397
1001 Haxall Point, 15th Floor
Richmond, VA 23219
(804) 697-1238
(804) 697-1339 (fax)
dabney.carr@troutman.com
mary.zinsner@troutman.com

2

CRAVATH, SWAINE & MOORE LLP
Sharonmoyee Goswami (*pro hac vice*)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
sgoswami@cravath.com

*Counsel for Plaintiff Alarm.com Incorporated*